**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2-08-BK-09947-RJH |
|---|---|
| OUTHENTHAPANYA, SOUVANH and OUTHENTHAPANYA, KANHA, | ) Chapter 7 |
| Debtors. | ) **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| _____ | ) |

David M Reaves, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 301 | 11/6/09 | Souvanh Outhenthapanya<br>Kanha Outhenthapanya<br>12626 W. Surrey Ave.<br>El Mirage, AZ 85335 | $349.28 |

Dated this 10th day of February, 2010.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee

1